UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

CASE NO.: 08-27990-BKC-JKO
PROCEEDING UNDER CHAPTER 13

MARY L HYLOR
XXX-XX-5775

#450289

DEBTOR_____/

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

FEB 1 1 2011

FILED ___ⓐ___ RECEIVED___

**NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK**

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $215.82 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 9th day of February, 2011.

_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

<u>DEBTOR</u>
MARY L HYLOR
721 SW 99 TERR
PEMBROKE PINES, FL 33025

<u>ATTORNEY FOR DEBTOR</u>
STAN L. RISKIN, ESQUIRE
STAN L. RISKIN, P.A.
950 S. PINE ISLAND ROAD #A-150
PLANTATION, FL 33324

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK**

<u>Attachment - Listing of Claimant</u>

Case Number:    08-27990-BKC-JKO

Creditor No.:   471515

Claimant:       WILSHIRE CREDIT CORP
                PO BOX 8517
                PORTLAND, OH 97207